McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:05- MJ - 0089 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION TO CONTINUING DATE OF PRELIMINARY HEARING; ORDER** |
| FREDERICO PIZANO, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, that the date of the preliminary hearing in this case be continued from April 27, 2005 to April 28, 2005, at 2:00 p.m. The government has requested the additional day to accommodate the schedule of the grand jury and the availability of a witness needed to testify before the grand jury. Defense counsel, Linda Harter, Esq., has no objection to the request and has authorized government counsel to sign this stipulation on her behalf.. The defendant was recently released from custody to the Effort Treatment Center and the parties are engaged in ongoing discussions to resolve the matter.

The parties further agree that, pursuant to F.R.Crim.P. 5.1(d), good cause exists to continue the preliminary hearing to the new date and that time be excluded from the calculation of the 30 day time limits imposed by the Speedy Trial Act [18 U.S.C. § 3161(b)], pursuant to the exception contained in Sections 3161(8)(A) and 3161(B)(iii) (delay needed because of unavailability of grand jury witness and the need for additional time to investigate possible settlement of the case preindictment).

1

1  STIPULATION CONTINUING DATE
   OF PRELIMINARY HEARING; ORDER
2

3

4  Dated: April 25, 2005

                                   McGREGOR W. SCOTT
5                                  U.S. Attorney

6
                                   by         /s/
7                                      RICHARD J. BENDER
                                       Assistant U.S. Attorney
8

9  Dated:  April 25, 2005
10

11                                          /s/
                                       LINDA HARTER
12                                 Attorney for Frederico Pizano

13

14

15 IT IS SO ORDERED,

16 this  25th  day of April, 2005

17                                 _____
                                       U.S. MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2