```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

**OK/HAV**

Attorney for Defendant
FREDERICO PIZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>FREDERICO PIZANO,  )<br>  )<br>  )<br>             Defendant.  )<br>_____ | No. CR-S-05-0174 DFL<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: June 23, 2005<br>Time: 10:00 A.M.<br><br>Judge: Hon. David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICK BENDER, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 9, 2005 be vacated and a new Status Conference date of June 23, 2005 at 10:00 a.m. be set.

Defense counsel has not received a written plea offer in this case. The parties are engaged in negotiations to resolve this case. Additionally, defense counsel will be out of state on the current status conference date.

///

1  It is further stipulated and agreed between the parties that the
2 period beginning June 9, 2005 to June 23, 2005, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8 of justice to be served by a continuance outweigh the best interests of
9 the public and the defendant in a speedy trial.
10 Dated: June 7, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


          /S/LINDA HARTER_____
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
FREDERICO PIZANO


MCGREGOR W. SCOTT
United States Attorney

Dated: June 7, 2005
                              BY:    /S/RICK BENDER_____
                                  RICK BENDER
                                  Assistant U.S. Attorney

Stipulation and Order/Frederico Pizano/Cr-S-05-174

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/9/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Frederico Pizano/Cr-S-05-174 DFL

3