QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
FREDERICO PIZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-05-0174 DFL |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| FREDERICO PIZANO, | ) Date: July 07, 2005 |
|  | ) Time: 1:30 P.M. |
|  | ) Judge: Hon. David F. Levi |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICK BENDER, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 23, 2005 be vacated and a new Status Conference date of July 07, 2005 at 1:30 p.m. be set.

Defense counsel has not received a written plea offer in this case.  The parties are engaged in negotiations to resolve this case.
///
///

1   It is further stipulated and agreed between the parties that the
2 period beginning June 23, 2005 to July 07, 2005, should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
8 of justice to be served by a continuance outweigh the best interests of
9 the public and the defendant in a speedy trial.
10 Dated: June 22, 2005

                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender


                                  _____/S/LINDA HARTER_____
                                  LINDA HARTER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  FREDERICO PIZANO


                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated: June 22, 2005
                                  BY:____/S/RICK BENDER_____
                                  RICK BENDER
                                  Assistant U.S. Attorney

Stipulation and Order/Frederico Pizano/Cr-S-05-174

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/22/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Frederico Pizano/Cr-S-05-174 DFL

3