```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    OK/HAV


Attorney for Defendant
FREDERICO PIZANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0174 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| FREDERICO PIZANO, ) | Date: July 14, 2005 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICK BENDER, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 7, 2005 be vacated and a Change of Plea Hearing date of July 14, 2005 at 10:00 a.m. be set.

The parties now have a plea agreement in this in this case and can go forward with a change of plea.

///

///

1   It is further stipulated and agreed between the parties that the period beginning July 7, 2005 to July 14, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: July 6, 2005

                              Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender


                              _____/S/LINDA HARTER_____
                              LINDA HARTER
                              Assistant Federal Defender
                              Attorney for Defendant
                              FREDERICO PIZANO


                              MCGREGOR W. SCOTT
                              United States Attorney

Dated: July 6, 2005
                          BY:____/S/RICK BENDER_____
                              RICK BENDER
                              Assistant U.S. Attorney

Stipulation and Order/Frederico Pizano/Cr-S-05-174

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 7/7/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Frederico Pizano/Cr-S-05-174 DFL

3