QUIN DENVIR, Bar #49374
Federal Defender
LINDA C. HARTER, CA Bar #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FREDERICO PIZANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. S Cr 05-174 DFL |
| Plaintiff, | ) | |
| v. | ) | MOTION TO EXONERATE BOND; ORDER |
| FREDERICO PIZANO, | ) | |
| Defendant. | ) | Judge: Hon. David F. Levi |
| _____ | ) | |

Mr. Pizano was ordered released on a $50,000- bond secured by the equity in the home of Amanda Ennis, On April 5, 2005. Certificate of Title was received by the Court on April 11, 2005, receipt number 3058428. On September 8, 2005 Mr. Pizano entered a guilty plea to the two counts in the indictment and was remanded into custody. Mr. Pizano is now in federal custody and is currently at the Sacramento County Jail.

///

///

As Mr. Pizano is now in custody, it is the defense request that the bond be exonerated and that the Certificate of Title be returned at the earliest possible time.

Dated:   September 15, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Linda C. Harter
_____
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
FREDERICO PIZANO

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 14, 2005

_____
DAVID F. LEVI
United States District Judge

2